Clerk

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 14 2012
DAVID J. MALAND, CLERK
BY
DEPUTY ________

UNITED STATES DISTRICT COURT

OF EASTERN TEXAS AT SHERMAN DIV.

MARK JOHNSON — CASE # 4:12cv609 (Clark)

VS. — JUDGE:

EXPERIAN CORP.

---

ORIGINAL COMPLIANT BY MARK JOHNSON TOWARD THE INCOMPLIANCE OF

EXPERIAN IN VIOLATION OF 15 USC 6101 AND TEXAS UCC CODES

---

| | |
|---|---|
| PLANTIF PRO SE | DEFENDANT |
| MARK JOHNSON | EXPERIAN CORP |
| 2797 BANNING RD. | CONSUMER FRAUD |
| CINCINNATI, OHIO | 701 EXPERIAN PARKWAY |
| 45239 | ALLEN,TX. 75013 |
| 513-245-0177 | 800-509-8495 |

SUMMARY

A federal law regulates the use and content of credit reports to protect consumer privacy and ensure the accuracy of the information they contain. The FCRA restricts the information that may be included in a credit report, limits who may request a credit report and how the report may be used, and requires credit reporting agencies and those who use credit reports (such as employers and landlords) to follow specified procedures in dealing with consumers. DISCRIPTION provided by Nolo's Plain-English Law Dictionary.

FAILURE OF EXPERIAN TO PROVIDE CORRECTIONS SPARKS THE CONCLUSION OF DISCRIMINATION AGIANST MR. JOHNSON TYPE OF DISABILITY UNDER THE AMER. WITH DIS. ACT AND THE REHAB ACT OF 1973 BASED ON NON-CUSTOMARY SERVICES VS. CUSTOMARY SERVICES TO THE PUBLIC. REMEDIES ARE SOUGHT OF COMPENSATORY DAMAGES OF A NON-EQUITABLE NATURE. ALSO, THE COMPLETE REMOVAL OF ALL DEROGATORIES LISTED NOW AND IN ANY FUTURE LISTING FOR MARK JOHNSON AS A WARNING AND EXAMPLE TO THE REPORTING BUREAUS UNDER THE CAUSATION OF BREECH OF ETHICS WHERE THE FAIR CREDIT REPORTING ACT IS THE SUBJECT MATTER

## *A. __INTRODUCTION__*

PURPOSEFULL MISREPRESENTATION BY EXPERIAN CORPERATION ITSELF IS A FEDERAL CHARGE OF TAMPERRING WITH PROPER RECORDS, IDENTITY THEFT BY EXPERIAN EMPLOYEE AND VIOLATIONS OF THE FAIR CREDIT REPORTING ACT IN TOWE UNDER USC 15 6101 AND TEXAS UNIFORM COMMERCIAL CODE.

THE DEFENDANT KNOWN AS THE EXPERIAN CORPERATION HAS

PURPOSEFULLY AND MALICOUSLY TOOK UPON IT'S OWN ACCORD TO CHANGE OPEN DATES, FIRST REPORT DATES AND IGNORED REQUEST WITHOUT PROPER REGARD, THE REMOVAL OF DEROGATORY ACCOUNTS IS A STATUTE OF LIMITATIONS. THEY CAN ALSO BE REQUESTED BY THE COLLECTIONS AGENCIES TO BE PERMANANTLY REMOVED.. THEY STALL CREDIT AND CREATE A FASLE PROFILE OF THE CONSUMER TO POTENTIAL CREDITORS UPON INQUIRY BY THE LENDER. . THE PLANTIFF ARE UNDER THE FAIR CREDIT REPORTING ACT KNOWN AS USC 15 6101 AND IMPROPER TAMPERING WITH RECORDS OF A PERSONAL NATURE CONSTITUTES A STATUES OF FRAUDS UNDER THE TEXAS UNIFORM COMMERCIAL CODE PURPOSFULLY BY MISREPRESENTATION TO THE GENERAL P UBLIC , FALSIFICATION OF DOCUMENTS IN TEXAS. FOR BUSINESS ENTITIIES SUPPLYING SERVICES TO THE PUBLIC CAN BE HELD LIBEL FOR DIHONEST DEEDS AS IF IDENTITY THIEF IS PRACTICED BY THE CREDIT REPORTING CO. ITSELF. IF THE CONSUMER IS ALSO NDER THE THE AMERICAN WITH DISABILITY ACT AND THE REHAB ACT OF 1973, A CASE OF DISCRIMINATION BASED ON THEIR SERVICES CAN BE INCLUDED IN A FEDERAL CIVIL COMPLIANT AGIANST THE DEFENDANT.

## *B. STATEMENT OF FACTS*

ON OR BEFORE JUNE THE 18, 2012 THE REPORT ING OF THE DEROGATORARY ACCOUNTS KNOWN AS RCS/CONSUMER ACQUISITION (, ORIGINALLY CAPITAL ONE ACCT# 517800....) AND MANY OTHERS REFLECTED FALSE REPORTING DATES PURPOSEFULLY ,MALICOUSLY AND WITH PREMEDITATION OF INTENT TO HOLD CREDIT REPAIR TO A MINIMUM. BY REFUSING CORRECTION IN A TIMELY MANNER, INFORMED CREDITORS COULD COLLABEATE A CIVIL JUDGEMENT CASE

OF EACH DESPITE THEY HAD REACHED THE STATUES OF LIMITATIONS OF 7 YEARS TO REPORT NOTED IN THE FAIR CREDIT REPORTING ACT. THEY ATTEMPT TO REPLACE THE 7 YEARS REMOVAL STATUS WITHIN THE LAW WITH A 10 YEAR DEROGATORY STATEMENT UPON THE CREDIT REPORTS OF THIS CUSTOMER INSTEAD OF HONORING THE 7 YEAR LIMIT OF REPORTING FINALE. THIS ACTION IS PROGRESSED DUE TO THE FACT THAT MARK JOHNSON ATTEMPTS TO REPAIR HIS CREDIT UNDER THE FAIR CREDIT REPORTING ACT USC 15 6101.

A MALICOUS RESPONSE ISSUE IS RETURNED AND STALL TACTIC PUT INTO PLACE WITH ALL THESE ACCOUNTS IN QUESTION ON THE PERSON'S CREDIT REPORT TO EXCUSE THE AACOUT LON ENOHT TO ENACT A CIVIL CASE VS, PROPER REMOAL. THEY REFLECT MANY FALSE REPORT DATES THAT CAN TAKE A SLOW 3 MONTHS OF TIME TO DELETE FROM THE CREDIT REPORT, . DURING THIS TIME, THE EXPERIAN CO. COMMUNICATES WITH THE ACCONT HOLDER AND ADVISES THEM TO GO TO CIVIL JUDGEMENT TO CONTINUE THE ABILITY TO REFLECT A DEROGATORY ACCOUNT. SHOWS A BIAS BY SINGLING MARK JOHNSON OUT DUE TO A OBVIOUS HANDICAPPED DISCRIMINATION INSIDE THE EXPERIAN CORPERATION AS A INDIVIDUAL .

THIS IS A NOT A NORMAL AND CUSTOMARY PROCEDURE UNDER LAW BY EXPERIAN COMPARED TO OTHER PEOPLE.S REPORTS AND RIGHTS . IT REFLECTS A DISCRIMINATORY ACTION AGIANST A AMERICAN WITH A DISABILITY UNDER THE AMERICAN WITH DIABILITIESS ACT AND THE REHAB ACT OF 1973. PURPOSEFULL AND MALICOUS INTENT TO DEFRAUD THE REPORT AND THE PEOPLE VIEWING THE INFORMATION SUPPLIED PURPOSEFULLY CREATES A LACKNOF CREDIT EXTENSION BY THE FORCE MAJURE. THIS MISREPRESENTATION OF MATERIAL FACT IN HARDCOPY

CONSTITUTES A EMPLOYEE BREECH OF PROCEDURE AND EXPRESSLY IMPLIES A DISCRIMINATORY ACTION AS A MATTTER OF LAW IN THE FRAUD ASISTANCE DEPT AT EXPERIAN IN THE STATE OF TEXAS, FEDERAL QUESTIONS EXIST, AND STATE SUPPLIMENTAL JURISTICTION PENDANT CLAIMS (USC 28 1367) EXIST AS WELL.

## C. ***PROPOSITIONS OF LAW***

USC 29 794-501-506,

USC 28 C.F.R. PART 35

, USC 15 6101,

TEX BC. CODE ANN. § 523.001 : Texas Statutes - Section 523.001 (B)

TEX BC. CODE ANN. § 521.051 : Texas Statutes - Section 521.051(B) (1) (2).,

TEX BC. CODE ANN. § 24.006 : Texas Statutes - Section 24.006BC.

TEX CODE ANN. § 521.052 : Texas Statutes - Section 521.052 (A)

, TEX BC. CODE ANN. § 521.152 : Texas Statute 521.152

TEX BC. CODE ANN. § 5.109 : Texas Statutes - Section 5.109

. TEX BC. CODE ANN. § 26.01 : Texas Statutes - Section 26.01.(A1) (B2),

TEX BC. CODE ANN. § 5.109 : Texas Statutes - Section 5.109: FRAUD.

## *D. CHARGES*

**COUNT ONE:**

PURPOSEFULLYSUPPLYING FRAUD TO LENDERS AND THE GENRAL PUBLIC ON A

CREDIT REPORT UNDER TEXAS UNIFORM COMMERCIA CODE

**COUNT TWO**:

FEDERAL FAIR CREDIT REPORTING ACT VIOLATIONS UNDER USSC 15 6101-6199

**COUNT THREE**

DISCRIMINATION AGIANT MY TYPE OF DISABILITIY UNDER THE REHAB ACT OF 1973 AND THE AMERICAN WITH DISABILITIES ACT OF 1990 AND ITS REVISIONS

**COUNT FOUR:**

CONSPIRACY TO DISIADVANTAGE THE CREDIT REPAIR OF A INDIVIDUAL BY PERFORMING ACTS OUTSIDE THE NORMAL AND CUSTOMARY BUSINESS PROCEDURES AND PRACTICES INVOLVING THE FAIR CREDIT REPORTING ACT WHEREBY IDENTITY THEFT IN SERVICES TO THE PUBLIC BY THE EXPERIAN CORPERATION EXIST FROM INSIDE THE COMPANY ITSELF.

## *E. CONCLUSIONS*

***MARK JOHNSON HAS SUFFERED IRREPUTABLE DAMAGES AS A RESULT OF FALSIFICATION, IDENTITY THEFT, FRAUD UPON HIS CREDIT REPORT PURPOSEFULLY AND WITH MALICE INTENT. MR.JOHNSON BELIEVES THAT THE ACTIONS OUTSIDE PROPER PROCEDURES UNDER THE FAIR CREDIT REPORTING ACT (USC 15 6101-99) EXPRESSLY IMPLY A BIAS AND DISCRIMINATION AGIANST HIS TYPE OF DISABILITY UNDER THE REHAB ACT OF 1973 AND THE AMERICAN WITH***

*DISABILITIES ACT. BY NOT CLEARING HIS CREDIT REPORT PROPERLY , CIVIL JUDGEMENTS INSTEAD OF THE 7 YEAR STATUES OF LIMITATIONS ARE USED TO FUTHER CAUSE HIM A POOR CREDIT STANDING.*

*THESE WERE ALSO DEROGATORY ACCOUNTS REPORTED FALSLY FROM THE BEGINNING AND CONTINUE TO BE REPORTED INCORRECTLY AS MALICE INTENT.*

*MARK JOHNSON DEMAND IS COMPENSATORY DAMAGES AND COMPLETE REMOVAL OF ALL DEROGATORY ACCOUNTS BY THE EXPERIAN CORP.*

*A FEDERAL QUESTION CREATES A MATTER OF LAW AS SHOWN IN THE PROPOSITIONS OF LAW ABOVE AND A SUPPLIMENTAL FEDERAL JURISTICTION BRINGING STATE LAW TO FEDERAL COURT IN THE FORM OF THE UNIFORM COMMMERICAL CODE OF TEXAS STATE STATUE. (USC 28 1367). MR. JOHNSON WILL CONCIDER COMPLETE REMOVAL OF ALL CIVIL JUDGEMENTS AND DEROGATORY OUTSTANDING NEGATIVE ACCOUNTTS AS A COMMPLETE SETTLEMNT AS REMEDY IF WITHIN THE MONTH OF SEPTEMBER,2012,*

*OTHERWISE, A COMPLETE RESPECT OF 55,000 USD PER COUNT WILL BE REALIZED AS A NON-EQUITABLE COMPENSATORY DAMAGE ASSOCIATED WITH THE REHAB ACT OF 1973 AND THE UNLAWFULL BIAS IMPORTED THRU FALSAFYING HIS CREDIT REPORT BY EXPERIAN STANSE ON UN-NORMAL AND UN-CUSTOMARY PROCEDURES BY ITS FRAUD ASSISTANCE DIV.*

*REGARDS*

*MARK JOHNSON*
*2797 BANNING RD.*
*CINCINNATI ,OHIO*
*45239*

**SERVICE OF PROCESS**

I, MARK JOHNSON, DO HEREBY SWEAR THAT A TRUE AND COMPLETE COPY WAS PLACE IN TRANSIT BY US.MAIL OR UPS SERVICES TO THE ADDRESSES SHOWN BELOW.

SWORN THIS DAY 28 OF AUGUST, 2012

MARK JOHNSON

2797 BANNING RD.

CINCINNAATI, OHIO

45239

**CLERK OF COURTS**

US DISTRICT COURT

EASTERN TEXAS

AT SHERMAN DIV.

101 E. PECAN ST. RM 216

SHERMAN, TX 75090