**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK JOHNSON | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | CASE  NO. 4:12-CV-609 |
| | § | Judge Clark/Judge Mazzant |
| EXPERIAN CORP. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 27, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiff's *pro se* Motion to Freeze Experian Account [Doc. #19] be denied [Doc. #22].  On April 15, 2013, plaintiff filed objections [Doc. #27].

Plaintiff seeks an order to prevent defendant from placing negative information on his credit report until this case is resolved. The Magistrate Judge correctly treated this request as a request for injunctive relief.  The Magistrate Judge determined that plaintiff is precluded from seeking injunctive relief under the Fair Credit Reporting Act ("FCRA") and that his relief is limited to the civil remedies under FCRA.  The Magistrate Judge also found that plaintiff failed to provide any arguments that would support granting an injunction in this case.  Plaintiff objects that defendant is taking improper actions with respect to his credit report and again seeks an order to freeze his

account.

Plaintiff offers no reason why the Magistrate Judge erred in denying his request, and the court finds no error. The Magistrate Judge correctly determined that there was no basis for granting an injunction and that plaintiff failed to offer a sufficient legal or factual basis for an injunction in this case.

Having received the report of the United States Magistrate Judge, and considering the objections thereto filed by plaintiff, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is therefore **ORDERED** that plaintiff's *pro se* Motion to Freeze Experian Account [Doc. #19] is DENIED.

So **ORDERED** and **SIGNED** this **23** day of **May, 2013.**

_____
Ron Clark, United States District Judge